DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## ALLISON v. N.C. DEPT. OF HUMAN RESOURCES

No. 462P94

Case below: 116 N.C.App. 137

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

## BUDD v. DAVIE COUNTY

No. 508P94

Case below: 116 N.C.App. 168

Petition by defendants (Virginia Walker and Frank Walker) for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

## COMMUNITY BANK v. WHITLEY

No. 559P94

Case below: 116 N.C.App. 731

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

## EMPLOYMENT SECURITY COMM. v. PEACE

No. 481PA94

Case below: 115 N.C.App. 486

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 29 December 1994.

## FORREST v. PITT COUNTY BD. OF EDUC.

No. 404P94

Case below: 115 N.C.App. 397

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.